HAROLD M. STEINMETZ, PLAINTIFF-PETITIONER, v. THE
BANK OF LEVITTOWN, DEFENDANT-RESPONDENT.

*Messrs. Peskin and O'Donnell* for the petitioner.

Mr. *Joseph Markowitz* and Mr. *Michael A. Zindler* for the
respondent.

May 13, 1969. Denied.

MIDDLE ATLANTIC UTILITIES CO., *ET AL.*, PLAINTIFFS-
RESPONDENTS, v. BOUND BROOK WATER CO., *ET AL.*,
DEFENDANTS-PETITIONERS.

*Messrs. Frohling & Gaulkin* for the petitioners.

*Messrs. Hannoch, Weisman, Stern & Besser* and Mr. *James
J. Shrager* for the respondents.

May 13, 1969. Denied.

LYONS FARMS TAVERN, INC., PLAINTIFF-RESPONDENT, v.
MUNICIPAL BOARD OF ALCOHOLIC BEVERAGE CON-
TROL OF THE CITY OF NEWARK, DEFENDANT-PETI-
TIONER, CROSS-RESPONDENT, AND DEPARTMENT OF
LAW AND PUBLIC SAFETY, DIVISION OF ALCOHOLIC
BEVERAGE CONTROL, DEFENDANT-RESPONDENT AND
NEWARK BETH ISRAEL HOSPITAL, OBJECTOR-RE-
SPONDENT, CROSS-PETITIONER.

Mr. *Philip E. Gordon*, Mr. *Sam Weiss*, Messrs. *Cummis,
Kent & Radin* and Mr. *Alan J. Gutterman* for the peti-
tioners.

Mr. *Rocco F. Senna*, Mr. *Arthur J. Sills* and Miss *Rachel
Leff* for the respondents.

May 13, 1969. Granted.